**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| DARREN REMINGTON, *et al.*, | : | Case No. 3:25-cv-57 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| AIRSTREAM, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER OF REFERENCE

This case is before the Court upon the parties' Joint Motion for Court-Conducted Mediation (Doc. #24).  The parties' Motion (Doc. #24) is hereby **GRANTED**.  This case is hereby referred to United States Magistrate Judge Caroline H. Gentry solely for the purposes of conducting a mediation.  Magistrate Judge Gentry shall have full authority to conduct the mediation and shall report to District Judge Michael J. Newman whether or not it has resulted in settlement of this case.

**IT IS SO ORDERED.**

March 2, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge
ADR Coordinator